Dorothy Reed and Robin Reed, a Minor by Dorothy Reed, Her Mother and Next Friend, Plaintiffs-Appellees, v. H. Roberts, Inc. and Hubert Slaughter, Defendants-Appellants.

Gen. No. 49,157.

First District, Fourth Division.
February 26, 1964.
Rehearing denied March 12, 1964.

George F. Barrett, of Chicago (Donald J. Duffy, of counsel), for appellants; Unger & Unger, of Chicago (Dan Unger, of counsel), for appellees. Opinion by JUSTICE DRUCKER. Not to be published in full.